UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

RIZA CANCA
                                                    : Bankruptcy No. 16-18420SR
            Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 30, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ARSEN KASHKASHIAN ESQ
KASHKASHIAN & ASSOCIATES
10 CANAL STREET  STE 204
BRISTOL PA 19007-

RIZA CANCA
11 TWEED ROAD
LEVITTOWN,PA.19056