IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 16-18420 |
| RIZA CANCA, | Hearing Date: January 3, 2018 |
| | Hearing Time: 9:30am |
| Debtor | Location: Robert N.C. Nix Sr. Federal Courthouse |
| | 900 Market Street |
| | Philadelphia, PA 19107 |
| | Courtroom 3 |

## NOTICE OF DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER OF DISMISSAL

Debtor, Riza Canca, has filed a Motion for Reconsideration of Order of Dismissal with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 06/13/2017 you or your attorney must do all of the following:

(a) file an answer explaining your position at

> Robert N.C. Nix Sr. Federal Courthouse
> 900 Market Street
> Philadelphia, PA 19107

   (b) mail a copy to the movant's attorney:

> Andre Dover, Esquire
> Kashkashian, Dover & Associates
> 10 Canal Street, Suite 204
> Bristol, PA 19007

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the

motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on 01/03/2018, at 9:30 am in Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, Courtroom 3.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b)

Date:    December 4, 2017

/s/ Andre Dover, Esquire
Andre Dover, Esquire
Kashkashian, Dover & Associates
10 Canal Street, Suite 204
Bristol, PA 19007