IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              Chapter 13
                                                    Case No. 16-18420
RIZA CANCA,

Debtor

## PROPOSED ORDER OF REINSTATEMENT

This matter having been presented to the Court by Andre Dover, Esquire, Attorney for Debtor and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

1. The case is reinstated effective the date of this order.

2. The Confirmation Hearing is continued.

The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

Dated: January 4, 2018

_____
Judge Jean K. FitzSimon