UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             : Chapter 13

    RIZA CANCA                         : Bankruptcy No.  16-18420JKF

       Debtor(s)                       :

<u>PRAECIPE</u>

Kindly (re)schedule a Confirmation Hearing on <u>February 1, 2018</u> at 9:30 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

Respectfully submitted,

Date:  January 9, 2018

*/s/ Polly A. Langdon*
Polly A. Langdon, Esq.
for
Frederick L. Reigle, Esq.,
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410
Telephone:  (610) 779-1313