UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| RIZA CANCA | : Bankruptcy No. 16-18420JKF |
| Debtor(s) | : Chapter 13 |

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: April 4, 2018**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ARSEN KASHKASHIAN ESQUIRE
KASHKASHIAN DOVER & ASSOCIATES
10 CANAL STREET  STE 204
BRISTOL PA 19007-

RIZA CANCA
11 TWEED ROAD
LEVITTOWN,PA.19056