United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-18420-jkf
Riza Canca                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2              Date Rcvd: Apr 04, 2018
                              Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
```
db          +Riza Canca,    11 Tweed Road,    Levittown, PA 19056-1521
cr          +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13846030     American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13886707     American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13846031    +Apex Asset Management, LlC,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
13846033    +LVNV FUNDING LLC,    P.O.Box 3038,    Evansville, IN 47730-3038
13921070    +Midland Credit Management, Inc as Agent for Midlan,    PO Box 2011,    Warren, MI 48090-2011
13846034    +Oxford Neurology, LLC,    940 Town Center Drive,    Suite F 50,    Langhorne, PA 19047-3501
13852212    +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Chase Bank USA,,
              N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13846036    +Specialized Loan Servicing LLC (SLS),    8742 Lucent Boulevard,    Suite 300,
              Littleton, CO 80129-2386
13838040    +Wells Fargo Bank N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:49     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:55:15
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 05 2018 01:55:30     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:52:56     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13837365     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 05 2018 02:01:29
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
13846032    +E-mail/Text: bknotice@ercbpo.com Apr 05 2018 01:55:23     Enhanced Recovery,
              8014 Bayberry Road,    Jacksonville, FL 32256-7412
13866674    +E-mail/Text: bankruptcy@fedpacific.com Apr 05 2018 01:55:51     Federal Pacific Credit Co,
              P.O. Box 27198,    Salt Lake City, UT 84127-0198
13835400     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 05 2018 02:01:28
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13850608     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 05 2018 01:54:23
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
              N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13846035     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2018 01:54:18
              Portfolio Recovery Associates, LLC.,,    120 Corporate Boulevard,    Norfolk, VA 23502
13869635    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2018 01:54:19
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2         User: JEGilmore            Page 2 of 2              Date Rcvd: Apr 04, 2018
                             Form ID: pdf900            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              ARSEN   KASHKASHIAN    on behalf of Debtor Riza  Canca kashlaw@aol.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
               Certificates, Series 2007-5 bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
               Certificates, Series 2007-5 bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Wells
               Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
               Certificates, Series 2007-5 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

RIZA CANCA
                                                    : Bankruptcy No. 16-18420JKF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: April 4, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ARSEN KASHKASHIAN ESQUIRE
KASHKASHIAN DOVER & ASSOCIATES
10 CANAL STREET  STE 204
BRISTOL PA 19007-

RIZA CANCA
11 TWEED ROAD
LEVITTOWN,PA.19056