IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

RIZA CANCA,

Debtor

Chapter 13
Case No. 16-18420
Hearing Date: May 16, 2018
Hearing Time: 9:30am
Location: Robert N.C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107
Courtroom 3

### ~~PROPOSED~~ ORDER OF REINSTATEMENT

This matter having been presented to the Court by Andre Dover, Esquire, Attorney for Debtor and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

1. The case is reinstated effective the date of this order.

2. Plan payments shall continue as previously scheduled.

The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

Dated: May 21, 2018

*[signature]*

_____
Judge Jean K. FitzSimon             ~~xxx~~