United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-18420-jkf
Riza Canca                                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: May 21, 2018
                              Form ID: pdf900       Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
```
db             +Riza Canca,    11 Tweed Road,    Levittown, PA 19056-1521
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13846030        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13886707        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13846031       +Apex Asset Management, LlC,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
13846033       +LVNV FUNDING LLC,    P.O.Box 3038,    Evansville, IN 47730-3038
13921070       +Midland Credit Management, Inc as Agent for Midlan,    PO Box 2011,    Warren, MI 48090-2011
13846034       +Oxford Neurology, LLC,    940 Town Center Drive,    Suite F 50,    Langhorne, PA 19047-3501
13852212       +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Chase Bank USA,,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13846036       +Specialized Loan Servicing LLC (SLS),    8742 Lucent Boulevard,    Suite 300,
                 Littleton, CO 80129-2386
13838040       +Wells Fargo Bank N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 22 2018 02:00:56     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2018 02:00:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2018 02:00:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 02:08:36     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13837365        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2018 09:50:37
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13846032       +E-mail/Text: bknotice@ercbpo.com May 22 2018 02:00:47     Enhanced Recovery,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13866674       +E-mail/Text: bankruptcy@fedpacific.com May 22 2018 02:00:57     Federal Pacific Credit Co,
                 P.O. Box 27198,    Salt Lake City, UT 84127-0198
13835400        E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2018 02:08:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13850608        E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2018 02:08:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13846035        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 02:08:36
                 Portfolio Recovery Associates, LLC.,,    120 Corporate Boulevard,    Norfolk, VA 23502
13869635       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 02:08:30
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: May 21, 2018
                               Form ID: pdf900              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:

        ARSEN   KASHKASHIAN    on behalf of Debtor Riza  Canca kashlaw@aol.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

RIZA CANCA,

Debtor

Chapter 13
Case No. 16-18420
Hearing Date: May 16, 2018
Hearing Time: 9:30am
Location: Robert N.C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107
Courtroom 3

### ~~PROPOSED~~ ORDER OF REINSTATEMENT

This matter having been presented to the Court by Andre Dover, Esquire, Attorney for Debtor and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

1. The case is reinstated effective the date of this order.

2. Plan payments shall continue as previously scheduled.

The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

Dated: May 21, 2018

_____
Judge Jean K. FitzSimon                    xxx