UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| RIZA CANCA | : Bankruptcy No. 16-18420JKF |
| Debtor(s) | : |

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on JUNE 20, 2018 at 9:30 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

Respectfully submitted,

Date: June 5, 2018

*/s/Polly A. Langdon*
Polly A. Langdon, Esq.
for
Frederick L. Reigle, Esq.,
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410
Telephone: (610) 779-1313