United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18420-jkf
Riza Canca                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey         Page 1 of 2         Date Rcvd: Jun 06, 2018
                       Form ID: 160          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
```
db           +Riza Canca,    11 Tweed Road,    Levittown, PA 19056-1521
cr           +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13846030      American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13886707      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13846031     +Apex Asset Management, LlC,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
13846033     +LVNV FUNDING LLC,    P.O.Box 3038,    Evansville, IN 47730-3038
13921070     +Midland Credit Management, Inc as Agent for Midlan,    PO Box 2011,    Warren, MI 48090-2011
13846034     +Oxford Neurology, LLC,    940 Town Center Drive,    Suite F 50,    Langhorne, PA 19047-3501
13852212     +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Chase Bank USA,,
               N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13846036     +Specialized Loan Servicing LLC (SLS),    8742 Lucent Boulevard,    Suite 300,
               Littleton, CO 80129-2386
13838040     +Wells Fargo Bank N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 02:24:45      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13837365      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2018 02:25:00
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
13846032     +E-mail/Text: bknotice@ercbpo.com Jun 07 2018 02:17:09       Enhanced Recovery,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
13866674     +E-mail/Text: bankruptcy@fedpacific.com Jun 07 2018 02:17:39      Federal Pacific Credit Co,
               P.O. Box 27198,    Salt Lake City, UT 84127-0198
13835400      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:24:44
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13850608      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:24:45
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
               N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13846035      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 02:24:59
               Portfolio Recovery Associates, LLC.,,    120 Corporate Boulevard,    Norfolk, VA 23502
13869635     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 02:48:57
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
```
              ARSEN  KASHKASHIAN    on behalf of Debtor Riza  Canca kashlaw@aol.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
               Certificates, Series 2007-5 bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Jun 06, 2018
                              Form ID: 160              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                      TOTAL: 8

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Riza Canca
    Debtor(s)

Case No: 16–18420–jkf
Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Court,

    on: 6/20/18

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 6/6/18

For The Court

Timothy B. McGrath
Clerk of Court

80
Form 160