| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-18420-AMC

RIZA CANCA
11 TWEED ROAD
LEVITTOWN  PA    19056

Petition Filed Date: 12/06/2016
341 Hearing Date: 02/17/2017
Confirmation Date: 06/20/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $131.45 | 2514065062 | 01/29/2019 | $131.45 | 17860763712 | 03/04/2019 | $131.45 | 17860764643 |
| 04/01/2019 | $131.45 | 17954249622 | 04/29/2019 | $131.45 | 17954252100 | 06/04/2019 | $131.45 | 17861041150 |
| 07/08/2019 | $131.45 | 17928094608 | 08/21/2019 | $131.45 | 2514191920 | 10/01/2019 | $131.45 | 17671814988 |
| 11/26/2019 | $131.45 | 2514232277 | 12/04/2019 | $131.45 | 26183434408 | 12/31/2019 | $131.45 | |
| 01/13/2020 | $131.45 | | 01/13/2020 | $262.90 | | 02/13/2020 | $131.45 | |
| 03/13/2020 | $131.45 | | 04/13/2020 | $131.45 | | 05/13/2020 | $131.45 | |
| 06/15/2020 | $131.45 | | 07/13/2020 | $131.45 | | | | |

**Total Receipts for the Period: $2,760.45    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,179.41**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $747.85 | $668.87 | $78.98 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $269.03 | $231.50 | $37.53 |
| 6 | FEDERAL PACIFIC CREDIT COMPANY CO<br>»» 006 | Unsecured Creditors | $226.56 | $198.04 | $28.52 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $658.18 | $579.81 | $78.37 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,474.13 | $2,212.82 | $261.31 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $10,235.55 | $9,154.49 | $1,081.06 |
| 5 | PINNACLE CREDIT SERVICES LLC<br>»» 005 | Unsecured Creditors | $2,918.02 | $2,609.82 | $308.20 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-18420-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,179.41 | Current Monthly Payment: | $131.45 |
| Paid to Claims: | $15,655.35 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,501.48 | Total Plan Base: | $19,282.61 |
| Funds on Hand: | $22.58 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.