Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 16-18420-AMC

RIZA CANCA  
11 TWEED ROAD  
LEVITTOWN  PA    19056

Petition Filed Date: 12/06/2016  
341 Hearing Date: 02/17/2017  
Confirmation Date: 06/20/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $131.45 | | 01/13/2020 | $262.90 | | 02/13/2020 | $131.45 | |
| 03/13/2020 | $131.45 | | 04/13/2020 | $131.45 | | 05/13/2020 | $131.45 | |
| 06/15/2020 | $131.45 | | 07/13/2020 | $131.45 | | 08/13/2020 | $131.45 | |
| 09/15/2020 | $131.45 | | 10/14/2020 | $131.45 | | 11/16/2020 | $131.45 | |
| 12/14/2020 | $131.45 | | 01/14/2021 | $131.45 | | 02/16/2021 | $131.45 | |
| 03/15/2021 | $131.45 | | 04/13/2021 | $131.45 | | 05/13/2021 | $131.45 | |

**Total Receipts for the Period: $2,497.55    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,493.91**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $747.85 | $715.47 | $32.38 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $269.03 | $248.01 | $21.02 |
| 6 | FEDERAL PACIFIC CREDIT COMPANY CO<br>»» 006 | Unsecured Creditors | $226.56 | $213.59 | $12.97 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $658.18 | $634.14 | $24.04 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $2,474.13 | $2,383.70 | $90.43 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $10,235.55 | $9,861.42 | $374.13 |
| 5 | PINNACLE CREDIT SERVICES LLC<br>»» 005 | Unsecured Creditors | $2,918.02 | $2,811.35 | $106.67 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 16-18420-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,493.91 | Current Monthly Payment: | $131.45 |
| Paid to Claims: | $16,867.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,605.30 | Total Plan Base: | $19,282.61 |
| Funds on Hand: | $20.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.