Certificate Number: 17572-PAM-DE-036203601

Bankruptcy Case Number: 16-18420



17572-PAM-DE-036203601

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 14, 2021</u>, at <u>2:53</u> o'clock <u>PM PST</u>, <u>Riza Canca</u> completed a course on personal financial management given <u>by telephone</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>December 14, 2021</u>       By:    <u>/s/Shelene Manzi</u>

                                        Name:  <u>Shelene Manzi</u>

                                        Title: <u>Counselor</u>