Certificate Number: 17572-PAM-DE-036203601

Bankruptcy Case Number: 16-18420



17572-PAM-DE-036203601

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 14, 2021, at 2:53 o'clock PM PST, Riza Canca completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 14, 2021          By:    /s/Shelene Manzi

                                   Name:  Shelene Manzi

                                   Title: Counselor